■ The People of the State of New York, Respondent, v Emmanuel C. Egbunike, Appellant. [19 NYS3d 184]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Molea, J.), rendered December 17, 2013, convicting him of grand larceny in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the Supreme Court failed to inform him of the immigration consequences of his plea of guilty is unpreserved for appellate review (*see People v Peque*, 22 NY3d 168, 183 [2013]; *People v DiPietro*, 115 AD3d 977 [2014]). In any event, that contention is belied by the record, which reveals that both the prosecutor and the court advised the defendant of the possibility that he would be deported as a result of his plea of guilty (*see People v Martial*, 125 AD3d 688, 689 [2015]; *People v Taveras*, 123 AD3d 745 [2014]; *People v DiPietro*, 115 AD3d 977 [2014]).

The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (*see People v Sanders*, 25 NY3d 337 [2015]; *People v Lopez*, 6 NY3d 248, 254 [2006]; *People v Seaberg*, 74 NY2d 1, 11 [1989]).

The defendant's remaining contention is without merit. Balkin, J.P., Chambers, Cohen and Hinds-Radix, JJ., concur.